**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED: 7/10/2020**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LIRIDON GASHI,

Defendant.

No. 20-CR-252

ORDER

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is directed to unseal the Transfer of Jurisdiction in this action and have the case unsealed.

SO ORDERED.

Dated:   July 10, 2020
         New York, New York

Ronnie Abrams
United States District Judge