**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
:
UNITED STATES OF AMERICA                  :
:
    -against-                           :        **ORDER**
:
  Liridon Gashi                           :
:        20 Cr. 252 (RA)
:        Docket #
------------------------------------------x

    Ronnie Abrams          , **DISTRICT JUDGE**:
      Judge's Name

The C.J.A. attorney assigned to receive cases on this day, Thomas Ambrosio is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC July 10, 2020.

                                    **SO ORDERED**.

                                  **UNITED STATES DISTRICT JUDGE**

July 10, 2020
**Dated:** New York, New York