

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2021

**BY ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The conference is adjourned to April 9, 2021 at 10:30 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 5, 2021

RE:   **United States v. Liridon Gashi**
        **20 Cr. 252 (RA)**

Dear Judge Abrams:

    The Government writes to request a ninety-day adjournment of the next conference in this case, currently scheduled for January 8, 2021.  The specifications in this case relate to an offense for which the defendant has been charged by the State of New York.  Those charges remain pending, and the Government is informed that the state case is unlikely to advance significantly before March due to the ongoing COVID-19 pandemic.  Accordingly, the Government requests an adjournment of the conference.

    Defense counsel consents to this request.

                            Respectfully submitted,

                            AUDREY STRAUSS
                            Acting United States Attorney

                    by: _____
                            Andrew A. Rohrbach
                            Assistant United States Attorney
                            (212) 637-2345

CC: Thomas Ambrosio, Esq. (by ECF)