**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED: 9/21/2021**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LIRIDON GASHI,

                Defendant.

No. 20-CR-252

AMENDED ORDER

RONNIE ABRAMS, United States District Judge:

    IT IS HEREBY ORDERED that Mr. Gashi's bail conditions are modified as follows:

- You must be monitored by the form of location monitoring indicated below and must abide by all technology requirements. You must pay all or part of the costs of participation in the location monitoring program as directed by the court and the probation officer.

    x    Location monitoring technology at the discretion of the officer

- The selected form of location monitoring technology must be utilized to monitor the following restriction on your movement in the community as well as other court-imposed conditions of release:

    x    You are restricted to your residence every day from 9:00 p.m. to 8:00 a.m., or as directed by the supervising officer (Curfew).

SO ORDERED.

Dated:    September 21, 2021
              New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge